**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| DYNAMIC DATA TECHNOLOGIES, LLC, *Plaintiff,* v. SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., *Defendants.* | **Civil Action No. 2:18-cv-459** **JURY TRIAL DEMANDED** |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR
OTHERWISE RESPOND AND WAIVER OF SERVICE**

COMES NOW, Plaintiff Dynamic Data Technologies, LLC ("Plaintiff") and files this Unopposed Motion for Extension of Time to Answer or Otherwise Respond and Waiver of Service and shows the Court as follows:

Plaintiff filed its Complaint against Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Defendants" or "Samsung") on November 2, 2018. Samsung Electronics America, Inc. was served on November 5 2018. The parties have met and conferred and respectfully request that the Court extend the deadline for Samsung Electronics America, Inc. to answer or otherwise respond to the Complaint up to and including February 25, 2019. In exchange for this extension, Samsung Electronics Co., Ltd. has agreed to waive formal service of the Complaint (under the Hague Convention). The parties thus agree that Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. will have until February 25, 2019 to answer or otherwise respond to the operative Complaint.

Dated:  November 12, 2018

Respectfully submitted,

*/s/  Elizabeth L. DeRieux*
Elizabeth L. DeRieux
State Bar No. 05770585
Capshaw DeRieux, LLP
114 E. Commerce Ave.
Gladewater, TX 75647
Telephone: (903)235-2833
Email: ederieux@capshawlaw.com

Dorian S. Berger (CA SB No. 264424)
Daniel P. Hipskind (CA SB No. 266763)
Eric B. Hanson (CA SB No. 254570)
BERGER & HIPSKIND LLP
9538 Brighton Way, Ste. 320
Beverly Hills, CA 90210
Telephone: 323-886-3430
Facsimile: 323-978-5508
E-mail: dsb@bergerhipskind.com
E-mail: dph@bergerhipskind.com
E-mail: ebh@bergerhipskind.com

*Attorneys for Dynamic Data*
*Technologies, LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this notice was served on all counsel who are deemed to have consented to electronic service on this 12th day of November, 2018.  Any other counsel of record will be served this same day via electronic mail.

*/s/ Elizabeth L. DeRieux*
Elizabeth L. DeRieux