**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| DYNAMIC DATA TECHNOLOGIES, LLC,<br><br>        Plaintiff,<br><br>   v.<br><br>SAMSUNG ELECTRONICS CO., LTD.,<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>        Defendants. | Civil Action No. 2:18-CV-00459-RWS<br><br>LEAD CASE<br><br>JURY TRIAL DEMANDED |
| DYNAMIC DATA TECHNOLOGIES, LLC,<br><br>        Plaintiff,<br><br>   v.<br><br>AMAZON.COM, INC.; AMAZON WEB SERVICES, INC.; AMAZON DIGITAL SERVICES, LLC,<br><br>        Defendants. | Civil Action No. 2:18-CV-00461-RWS |

## NOTICE OF APPEARANCE OF COUNSEL

Defendants Amazon.com, Inc., Amazon Web Services, Inc., and Amazon Digital Services, LLC (collectively, "Amazon") file this Notice of Appearance and hereby notifies the Court and all parties of record that Ravi R. Ranganath of the law firm of Fenwick & West LLP is appearing as counsel for Amazon, in the above-referenced matter. Mr. Ranganath's email address for purpose of receipt of Notice of Electronic Filing is as follows: rranganath@fenwick.com and icampos@fenwick.com. For other purposes, contact information is set forth below. Defendants request that Mr. Ranganath be included on the Court's and

parties' service lists.

Dated:   March 18, 2019				Respectfully submitted,

				  /s/Ravi R. Ranganath
				Ravi R. Ranganath (Calif. State Bar No. 272981)
				(Admitted E.D. of Texas)
				rranganath@fenwick.com

				FENWICK & WEST LLP
				801 California Street
				Mountain View, California 94041
				Telephone: (650) 988-8500
				Facsimile: (650) 938-5200

				*Counsel for Defendants*
				AMAZON.COM, INC., AMAZON WEB
				SERVICES, INC., and AMAZON DIGITAL
				SERVICES, LLC

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  All other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by first class mail.

                                                  */s/ Ravi R. Ranganath*
                                                  Ravi R. Ranganath