**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **DYNAMIC DATA TECHNOLOGIES, LLC,**     *Plaintiff,*     v.  **SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC.,**     *Defendants.* | Civil Action No. 2:18-CV-00459-RWS |

### JOINT MOTION TO DISMISS WITH PREJUDICE
### PURSUANT TO FED. R. CIV. P. 41(a)(2)

Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff Dynamic Data Technologies, LLC ("Dynamic Data") and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Samsung") jointly move this Court to dismiss with prejudice all claims asserted in the matter by Dynamic Data against Samsung. Dynamic Data and Samsung further move that all attorneys' fees, costs, and expenses shall be borne by the incurring party. This dismissal is in regards to Samsung only and does not dismiss any of the other parties in this matter.

Dated: June 24, 2019

*/s/ Daniel P. Hipskind*
Elizabeth L. DeRieux
TX Bar No. 05770585
**CAPSHAW DERIEUX, LLP**
114 E. Commerce Ave.
Gladewater, Texas 75647
Telephone: 903-845-5770
E-mail: ederieux@capshawlaw.com

Dorian S. Berger (CA SB No. 264424)
Daniel P. Hipskind (CA SB No. 266763)
Eric B. Hanson (CA SB No. 254570)
**BERGER & HIPSKIND LLP**
9538 Brighton Way, Suite 320
Beverly Hills, California 90210
Telephone: 323-886-3430
Facsimile: 323-978-5508
E-mail: dsb@bergerhipskind.com
E-mail: dph@bergerhipskind.com
E-mail: ebh@bergerhipskind.com

*Attorneys for Dynamic Data Technologies, LLC*


*/s/ Marc J. Pensabene*
Ryan K. Yagura (Tex. Bar No. 24075933)
ryagura@omm.com
Nicholas J. Whilt (Cal. Bar No. 247738)
nwhilt@omm.com
Anthony G. Beasley (Tex. Bar No. 24093882)
tbeasley@omm.com
**O'MELVENY & MYERS LLP**
400 S. Hope Street
Los Angeles, CA 90071
Telephone: 213-430-6000
Facsimile: 213-430-6407

Marc J. Pensabene (N.Y. Bar No. 2656361)
mpensabene@omm.com
**O'MELVENY & MYERS LLP**
Times Square Tower, 7 Times Square
New York, NY 10036
Telephone: 212-326-2000

Facsimile: 212-326-2061

*Attorneys for Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this June 24, 2019 with a copy of this document via the Court's CM/ECF System per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

                                                /s/ Daniel P. Hipskind
                                                  Daniel P. Hipskind